■ In the Matter of RAMON M., a Person Alleged to be a Juvenile Delinquent, Appellant. [642 NYS2d 542] —In a juvenile delinquency proceeding pursuant to Family Court Act article 3, the appeal is from an order of disposition of the Family Court, Queens County (Sparrow, J.), entered September 20, 1993, which, upon a fact-finding order of the same court, dated July 30, 1993, made after a hearing, finding that the appellant had committed an act which, if committed by an adult, would have constituted the crime of grand larceny in the fourth degree, adjudged him to be a juvenile delinquent and placed him on probation for a period of 9 months. The appeal brings up for review the fact-finding order dated July 30, 1993.

Ordered that the order of disposition is affirmed, without costs or disbursements.

Viewing the evidence in the light most favorable to the presentment agency (cf., People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the appellant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the finding of guilt was not against the weight of the evidence (cf., CPL 470.15 [5]). Mangano, P. J., Thompson, Florio and McGinity, JJ., concur.